**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Middle District of Florida

Case number (*If known*): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | Pivotal Analytics Inc. |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Array Analytics Inc |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 81-2917775 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 3823 Isla Del Sol Way | |
| Number      Street | Number      Street |
| | P.O. Box |
| Naples          FL    34114 | |
| City                State    ZIP Code | City                State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Collier County | |
| County | Number      Street |
| | |
| | City                State    ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | Pivotal-analytics.com |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

| Debtor | Pivotal Analytics Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

511210

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When ____/____/_____ Case number _____
MM / DD / YYYY

District _____ When ____/____/_____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When ____ / ____ / _____
MM / DD / YYYY

Case number, if known _____

| Debtor | Pivotal Analytics Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number        Street

_____

_____

City                                    State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor | Pivotal Analytics Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/04/2025
MM / DD / YYYY

✗ /s/ Carl J. Davis
Signature of authorized representative of debtor

Carl J. Davis
Printed name

Title  CEO

**18. Signature of attorney**

✗ /s/ Michael Dal Lago
Signature of attorney for debtor

Date  04/04/2025
MM / DD / YYYY

Michael Dal Lago
Printed name

Dal Lago Law
Firm name

999 Vanderbilt Beach Rd. Suite 200
Number      Street

Naples
City

FL
State

34108
ZIP Code

2395716877
Contact phone

mike@dallagolaw.com
Email address

102185
Bar number

FL
State

**Fill in this information to identify the case:**

Debtor name _____Pivotal Analytics Inc._____

United States Bankruptcy Court for the: _____Middle District of Florida_____

(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals     12/15

---

| **Part 1:** | **Summary of Assets** |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ...................................................................................   $ _____0.00_____

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.....................................................................................   $ _____760,589.00_____

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ......................................................................................   $ _____760,589.00_____

---

| **Part 2:** | **Summary of Liabilities** |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...............   $ ____3,977,603.92____

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*.............................................   $ _____86,032.38_____

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ..........................   **+** $ ____1,041,539.95____

4. **Total liabilities**..............................................................................................................
   Lines 2 + 3a + 3b     $ ____5,105,176.25____

**Fill in this information to identify the case:**

Debtor name: Pivotal Analytics Inc.

United States Bankruptcy Court for the: Middle District of Florida

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | LexisNexis Risk Solutions 1000 Alderman Drive Alpharetta, GA, 30005 | | | Disputed | | | 225,000.00 |
| 2 | OnDeck Capital, Inc. 4700 W. Daybreak Pkwy. Suite 200 South Jordan, UT, 84009 | | Unsecured Loan Repayments | Disputed | | | 169,095.25 |
| 3 | Unacast, Inc. 8 Tremont St. Cos Cob, CT, 06807 | | Services | Disputed | | | 120,000.00 |
| 4 | JPMorgan Chase Bank, N.A. Mail Code LA4-7100 700 Kanses Lane Monroe, LA, 71203 | | Credit Card Debt | | | | 114,375.09 |
| 5 | American Express P.O. Box 6031 Carol Stream, IL, 60197-6031 | | Credit Card Debt | | | | 63,134.00 |
| 6 | Synergy Staffing, Inc. 1081 Green Tree Road Pittsburgh, PA, 15220 | | Services | | | | 56,003.56 |
| 7 | KeyNet Technologies Inc. 313 W Liberty Ave, Ste 233 Lancaster, PA, 17603 | | Services | | | | 51,379.09 |
| 8 | Fady Barmada 4214 Oakridge Lane Chevy Chase, MD, 20815 | | Wages, Salaries, Commissions | | | | 50,000.00 |

Debtor      Pivotal Analytics Inc.
            _____      Case number (if known)_____
            Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9   ReadyCap Lending, LLC d/b/a Ready Capital 200 Connell Drive, Suite 400 Berkeley Heights, NJ, 07922 | | SBA Micro Loan | | | | 48,097.69 |
| 10   NYC Health & Hospitals 50 Water Street New York, NJ, 10004 | | | | | | 30,500.00 |
| 11   American Hospital Directory, Inc. 166 Thierman Lane Louisville, KY, 40207 | Dominic Adiutori 502-894-8418 dadiutori@ahd.com | Services | | | | 24,990.00 |
| 12   Trigent Software Inc 2 Willow St, Suite 201 Southborough, MA, 01745 | | Services | Disputed | | | 22,736.00 |
| 13   Independence Blue Cross Lockbox 3092 PO Box 8500 Philadelphia, PA, 19178 | | | | | | 21,954.97 |
| 14   Lightbox 6 Armstrong Road 4th Floor Shelton, CT, 06484 | | | | | | 21,645.00 |
| 15   The Advisory Board PO Box 84019 Chicago, IL, 60689-4019 | | | | | | 18,035.30 |
| 16   Managed Markets Insight & Technology, LLC 1040 Stony Hill Road Yardley, PA, 19067 | | Suppliers or Vendors | | | | 16,000.00 |
| 17   Ascensus Inc. 200 Dryden Road Dresher, PA, 19025 | | Contributions to employee benefits | | | | 12,295.36 |
| 18   Data Ideology, LLC 511 Foxwood Dr Mars, PA, 16046 | | Services | | | | 12,000.00 |
| 19   Environmental Systems Research Institute, Inc. 380 New York Street Redlands, CA, 92373 | | Suppliers or Vendors | | | | 12,000.00 |
| 20   Clarivate PLC 789 E Eisenhower Parkway Ann Arbor, MI, 48108 | | | | | | 7,500.00 |

**Fill in this information to identify the case:**

Debtor name __Pivotal Analytics Inc.__

United States Bankruptcy Court for the: __Middle District of Florida__

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**    $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Silicon Valley Bank | Checking | 7  3  1  8 | $ 76,000.00 |
| 3.2. | | ___ ___ ___ ___ | $ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____    $ _____
   4.2. _____    $ _____

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $ 76,000.00

### Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. Security Deposit on Office Space in Bethesda, MD    $ 1,824.00
   7.2. _____    $ _____

Debtor    Pivotal Analytics Inc.
_____    Case number (if known)_____
          Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9. Total of Part 2.**    | $ 1,824.00 |

Add lines 7 through 8. Copy the total to line 81.

---

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

**11. Accounts receivable**

| 11a. 90 days old or less: | 32,765.00 | – | 0.00 | = ........ ➔ | $ 32,765.00 |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |
| 11b. Over 90 days old: | 300,000.00 | – | 0.00 | = ........ ➔ | $ 300,000.00 |
|  | face amount |  | doubtful or uncollectible accounts |  |  |

**12. Total of Part 3**    | $ 332,765.00 |

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1. _____ | _____ | $_____ |
| 14.2. _____ | _____ | $_____ |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership: |  |  |
|---|---|---|---|
| 15.1._____ | _____% | _____ | $_____ |
| 15.2._____ | _____% | _____ | $_____ |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1._____ | _____ | $_____ |
| 16.2._____ | _____ | $_____ |

**17. Total of Part 4**    | $_____ |

Add lines 14 through 16. Copy the total to line 83.

---

Debtor    Pivotal Analytics Inc.
          _____    Case number *(if known)*_____
          Name

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | ____/____/____  MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | ____/____/____  MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | ____/____/____  MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | ____/____/____  MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.    $_____

24. **Is any of the property listed in Part 5 perishable?**

    ☐ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value _____   Valuation method_____   Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| | $_____ | | $_____ |

Debtor     Pivotal Analytics Inc.
_____     Case number (*if known*)_____
           Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.                         $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

       ☐ No

       ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☑ No. Go to Part 8.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ · | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.                         $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

Debtor    Pivotal Analytics Inc.
               Name                                          Case number *(if known)*_____

**Part 8:    Machinery, equipment, and vehicles**

Debtor

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.    Pivotal Analytics Inc.
☐ Yes. Fill in the information below.    Name

Case number (if known)

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49.  Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $_____ | _____ | $_____ |

**51.  Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No
☐ Yes

| Debtor | Pivotal Analytics Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  Month to Month Executive Suite Office Space - Addressed 7200 Wisconsin Ave, Suite 500, Bethesda, MD 20817 | Lease | $_____ | _____ | $ 0.00 _____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $ 0.00 |
|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:   Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| **61. Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| **62. Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| **63. Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| **64. Other intangibles, or intellectual property**<br>Developed Software | $_____ | _____ | Unknown<br>$_____ |
| **65. Goodwill**<br>_____ | $_____ | _____ | $_____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $ 0.00 |
|---|

Debtor  Pivotal Analytics Inc.
_____     Case number (if known)_____
          Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   ☐ No. Go to Part 12.
   ☑ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
   Description (include name of obligor)
   _____   0.00       —   0.00          = ➜   $ 0.00
   _____   Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   _____   Tax year _____   $_____
   _____   Tax year _____   $_____
   _____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

   _____                         $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
   Optimum Insights                                                     $ 350,000.00
   _____
   **Nature of claim**        Breach of Contract
   **Amount requested**    $ 350,000.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

                                                                        $_____
   _____
   **Nature of claim**        _____
   **Amount requested**    $_____

76. **Trusts, equitable or future interests in property**

   _____                     $_____

77. **Other property of any kind not already listed**   Examples: Season tickets, country club membership

                                                                        $_____
   _____
                                                                        $_____

78. **Total of Part 11.**                                               $ 350,000.00
   Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

Debtor    Pivotal Analytics Inc.
_____    Case number (if known)_____
          Name

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 76,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 1,824.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 332,765.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................➡ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 350,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........91a. | $ 760,589.00 | 91b. $ 0.00 |

+ (between 91a and 91b)

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .......... 760,589.00 ........................................   $ 760,589.00

**Fill in this information to identify the case:**

Debtor name  Pivotal Analytics Inc.

United States Bankruptcy Court for the:  Middle District of Florida

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
| --- | --- | --- |

**2.1** **Creditor's name**
Celtic Bank Corporation

**Describe debtor's property that is subject to a lien**
See attached UCC Search Report for lien priority and collateral.

$ 143,545.96       $ 0.00

**Creditor's mailing address**
268 S. State St., Ste 300
Salt Lake City, UT 84111

**Creditor's email address, if known**

**Describe the lien**
FL UCC-1, Security Interest, SBA 7(a) Loan,

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**  07/15/2024
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** **Creditor's name**
Efficient Capital Labs Inc

**Describe debtor's property that is subject to a lien**
See attached UCC Search Report for lien priority and collateral.

$238,614.19       $0.00

**Creditor's mailing address**
205 W 54th St, Apt 6E
New York, NY 10019

**Creditor's email address, if known**

**Describe the lien**
Delaware UCC-1 Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ 3,977,603.92

Debtor    Pivotal Analytics Inc.
_____    Case number (if known) _____
         Name

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.3** **Creditor's name**
Founders First Capital Partners, Inc.
_____

**Creditor's mailing address**

9920 Pacific Heights Blvd.
_____
Suite #400, San Diego, CA 92121
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.

　　[                    ]

　　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

See attached UCC Search Report for lien priority and collateral.

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Column A: $530,259.77    Column B: $0.00

---

**2.4** **Creditor's name**
Pivotal Healthcare Analytics Inc.
_____

**Creditor's mailing address**

3823 Isla Del Sol Way
_____
Naples, FL 34114
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.

　　[                    ]

　　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

See attached UCC Search Report for lien priority and collateral.

**Describe the lien**

PA & DE UCC, Revolving Credit Line Agreer

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $2,065,184.00    Column B: $0.00

---

Debtor  Pivotal Analytics Inc.
_____
        Name

Case number (*if known*)_____

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

Column A — **Amount of claim**  Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.5** **Creditor's name**
Secured Lender Solutions

**Creditor's mailing address**

P.O. Box 2576
Springfield, IL 62708

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____
**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

See attached UCC Search Report for lien priority and collateral.

$ Unknown         $ 0.00

**Describe the lien**

Del UCC Security Interest

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2.6** **Creditor's name**
UDLR Capital, LLC

**Creditor's mailing address**

Attn: Robert Milligan
3710 E. Louise Drive, Phoenix, AZ 85050

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____
**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

See attached UCC Search Report for lien priority and collateral.

$ 1,000,000.00         $ 0.00

**Describe the lien**

DE UCC, Secured Convertible Promissory N

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    Pivotal Analytics Inc.
_____    Case number (if known)_____
           Name

---

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Jason D. Curry (Quarles & Brady LLP)<br>One Renaissance Square<br>Two North Central Square, Suite 600<br>Phoenix, AZ, 85004 | Line 2. 6 | _____ |
| Ronald S. Beacher<br>Pryor Cashman LLP<br>7 Times Square<br>New York, NY, 10036 | Line 2. 2 | _____ |
| U.S. Small Business Administration<br>14925 Kingsport Road<br>Fort Worth, TX, 76155 | Line 2. 1 | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |



**Schedule D: Attachment UCC Report**

# SEARCH REPORT
**March 31, 2025**

---

Client Reference:  Pivotal Analytics, Inc.          Project Number:   768192

| Name Searched | PIVOTAL ANALYTICS, INC. |
|---|---|

## Search Summary

| Search Type | Jurisdiction(s) | Jurisdictional Through Date | Results |
|---|---|---|---|
| UCC Liens (Debtor/Active/ Unlapsed) | Delaware Secretary of State | 03/13/2025 | 6 filing(s) found |
| | Florida Secured Transaction Registry | 03/25/2025 | 1 filing(s) found |
| | Pennsylvania Department of State | 03/27/2025 | 2 filing(s) found |

## Search Details

| UCC Liens - Delaware Secretary of State (Debtor/Active/Unlapsed) | | | |
|---|---|---|---|
| **Filing Type** | **File Date** | **File Number** | **Secured Party** |
| Financing Statement | 03/02/2023 | 20231583664 | Secured Lender Solutions |
| Financing Statement | 03/10/2023 | 20231849214 | RDM Capital Funding, LLC |
| Termination | 12/05/2023 | 20238221904 | |
| Financing Statement | 10/12/2023 | 20237004194 | UDLR Caital - PA, LLC |
| Amendment - Secured Party | 01/07/2025 | 20250088507 | UDLR Capital - PA, LLC |
| Amendment - Secured Party Address | 01/30/2025 | 20250647229 | |
| Financing Statement | 01/04/2024 | 20240082931 | Founders First Capital Partners, Inc. |
| Financing Statement | 04/17/2024 | 20242560801 | Efficient Capital Labs, Inc. |
| Financing Statement | 03/05/2025 | 20251532222 | Pivotal Healthcare Analytics Inc. |

*Pages attached: 15 (including certified listing)*

| UCC Liens - Florida Secured Transaction Registry (Debtor/Active/Unlapsed) | | | |
|---|---|---|---|
| **Filing Type** | **File Date** | **File Number** | **Secured Party** |
| Financing Statement | 07/15/2024 | 202401875474 | Celtic Bank Corporation |

*Pages attached: 2*

| UCC Liens - Pennsylvania Department of State (Debtor/Active/Unlapsed) | | | |
|---|---|---|---|
| **Filing Type** | **File Date** | **File Number** | **Secured Party** |
| Financing Statement | 01/04/2024 | 20240105003572 | Founders First Capital Partners, Inc. |
| Financing Statement | 03/05/2025 | 20250305041382 | Pivotal Healthcare Analytics Inc. |

*The above information is a representation of data retrieved from the public records of the respective jurisdiction(s). Verification of the files and information contained therein is the sole responsibility of the jurisdictional filing officers. Registered Agent Solutions, Inc. makes no representations, warranties or guarantees as to the accuracy or completeness of such information.*



**SEARCH REPORT**
**March 31, 2025**

Client Reference:  Pivotal Analytics, Inc.                    Project Number:    768192

| Name Searched | PIVOTAL ANALYTICS, INC. |
|---|---|

*Pages attached: 3*

*The above information is a representation of data retrieved from the public records of the respective jurisdiction(s). Verification of the files and information contained therein is the sole responsibility of the jurisdictional filing officers. Registered Agent Solutions, Inc. makes no representations, warranties or guarantees as to the accuracy or completeness of such information.*

# Delaware

*Page 1*

### The First State

*CERTIFICATE*

*SEARCHED MARCH 28, 2025 AT 5:28 P.M.*
*FOR DEBTOR, PIVOTAL ANALYTICS, INC.*

*1 OF 6          FINANCING STATEMENT                    20231583664*

*EXPIRATION DATE: 03/02/2028*
*DEBTOR:       PIVOTAL ANALYTICS INC.*

*1001 LIBERTY AVE                         ADDED    03-02-23*

*PITTSBURGH, PA US 15222*

*SECURED:      SECURED LENDER SOLUTIONS*

*P.O. BOX 2576                            ADDED    03-02-23*

*SPRINGFIELD, IL US 62708*

*F I L I N G   H I S T O R Y*

*20231583664    FILED 03-02-23    AT 8:19 A.M.    FINANCING STATEMENT*

*2 OF 6          FINANCING STATEMENT                    20231849214*

*EXPIRATION DATE: 03/10/2028*
*DEBTOR:       PIVOTAL ANALYTICS INC*

*150 NORTH RADNOR CHESTER ROAD SUITE    ADDED    03-10-23*
*F-200*

*RADNOR, PA US 19087*



*C. R. Sanchez*

Charuni Patibanda-Sanchez, Secretary of State



# Delaware

## The First State

Page 2

```
DEBTOR:      DAVIS, CARL

             3823 ISLA DEL SOL WAY              ADDED    03-10-23

             NAPLES, FL US 34114

SECURED:     RDM CAPITAL FUNDING, LLC

             777 PASSAIC AVE STE 375            ADDED    03-10-23

             CLIFTON, NJ US 07012
```

### F I L I N G   H I S T O R Y

```
20231849214    FILED 03-10-23    AT 3:10 P.M.    FINANCING STATEMENT

20238221904    FILED 12-05-23    AT 2:46 P.M.    TERMINATION


  3 OF 6            FINANCING STATEMENT              20237004194
             EXPIRATION DATE: 10/12/2028
DEBTOR:      PIVOTAL ANALYTICS INC.

             3823 ISLA DEL SOL WAY              ADDED    10-12-23

             NAPLES, FL US 34114

SECURED:     UDLR CAITAL - PA, LLC

             3710 E. LOUISE DRIVE               ADDED    10-12-23

             PHOENIX, AZ US 85050               REMOVED 01-30-25
```

*C. R. Sanchez*

Charuni Patibanda-Sanchez, Secretary of State



20261213010-UCC11
SR# 20251293509
You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 203303866
Date: 03-28-25

# Delaware

### The First State

SECURED:      UDLR CAPITAL – PA, LLC

             3710 E. LOUISE DRIVE                          ADDED    01-07-25

             PHOENIX, AZ US 85050

SECURED:      UDLR CAPITAL, LLC

             3710 E. LOUISE DRIVE                          ADDED    01-30-25

             PHOENIX, AZ US 85050


### F I L I N G   H I S T O R Y

20237004194    FILED 10-12-23    AT 10:50 P.M.    FINANCING STATEMENT

20250088507    FILED 01-07-25    AT 12:06 P.M.    AMENDMENT

20250647229    FILED 01-30-25    AT 3:08 P.M.     AMENDMENT


  4 OF 6            FINANCING STATEMENT              20240082931

              EXPIRATION DATE: 01/04/2029

DEBTOR:       PIVOTAL ANALYTICS, INC.

             3823 ISLA DEL SOL WAY                         ADDED    01-04-24

             NAPLES, FL US 34114

SECURED:      FOUNDERS FIRST CAPITAL PARTNERS, INC.

             9920 PACIFIC HEIGHTS BLVD SUITE #400    ADDED    01-04-24

*C. R. Sanchez*

Charuni Patibanda-Sanchez, Secretary of State



# Delaware

## The First State

*SAN DIEGO, CA US 92121*

*F I L I N G   H I S T O R Y*

*20240082931    FILED 01-04-24    AT 2:05 P.M.    FINANCING STATEMENT*


*5 OF 6           FINANCING STATEMENT            20242560801*

*EXPIRATION DATE: 04/17/2029*
*DEBTOR:      PIVOTAL ANALYTICS INC.*

*3823 ISLA DEL SOL WAY,            ADDED    04-17-24*

*NAPLES, FL US 34114*

*SECURED:     EFFICIENT CAPITAL LABS, INC.*

*205 W 54TH ST, APT 6E            ADDED    04-17-24*

*NEW YORK, NY US 10019*


*F I L I N G   H I S T O R Y*

*20242560801    FILED 04-17-24    AT 2:09 P.M.    FINANCING STATEMENT*


*6 OF 6           FINANCING STATEMENT            20251532222*

*EXPIRATION DATE: 03/05/2030*
*DEBTOR:      PIVOTAL ANALYTICS INC.*



C. R. Sanchez

Charuni Patibanda-Sanchez, Secretary of State



# Delaware

### The First State

Page 5

         150 N RADNOR CHESTER ROAD, SUITE F200   ADDED     03-05-25

         RADNOR, PA US 19087

SECURED:     PIVOTAL HEALTHCARE ANALYTICS INC.

         3823 ISLA DEL SOL WAY                 ADDED     03-05-25

         NAPLES, FL US 34114


                    *F I L I N G   H I S T O R Y*

   20251532222     *FILED 03-05-25    AT 5:45 P.M.    FINANCING STATEMENT*


          *E N D   O F   F I L I N G   H I S T O R Y*

   *THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE ABOVE
LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING STATEMENTS,
FEDERAL TAX LIENS AND UTILITY SECURITY INSTRUMENTS FILED IN THIS
OFFICE WHICH NAME THE ABOVE DEBTOR, PIVOTAL ANALYTICS, INC. AS OF
MARCH 13, 2025 AT 11:59 P.M.*



*C. R. Sanchez*

Charuni Patibanda-Sanchez, Secretary of State

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
CSC 800-858-5294

**B. E-MAIL CONTACT AT FILER (optional)**
FILINGDEPT@CSCINFO.COM

**C. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

801 ADLAI STEVENSON DR [250668222]
SPRINGFIELD, IL 62703
US

Delaware Department of State
U.C.C. Filing Section
Filed: 08:19 AM 03/02/2023
U.C.C. Initial Filing No: 2023 1583664

Service Request No:   20230841128

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| PIVOTAL ANALYTICS INC. | | | | |

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1001 LIBERTY AVE | PITTSBURGH | PA | 15222 | US |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):  Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| SECURED LENDER SOLUTIONS | | | | |

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P.O. BOX 2576 | SPRINGFIELD | IL | 62708 | US |

**4. COLLATERAL:** This financing statement covers the following collateral:
Security Interest in and to all of Merchant's present and future accounts, chattel paper, deposit accounts, personal property, assets and fixtures, general intangibles, instruments, equipment, inventory wherever located, and proceeds now or hereafter owned or acquired by Merchant. THE SECURED PARTY NAMED IN THIS RECORD IS ACTING IN A REPRESENTATIVE CAPACITY FOR PURPOSES OF FORWARDING NOTICES AND INQUIRIES REGARDING THIS RECORD. FOR MORE INFORMATION, PLEASE CONTACT THE SECURED PARTY AT THE ADDRESS LISTED ABOVE OR AT UCCSPREP@CSCINFO.COM.

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

**7.** ALTERNATIVE DESIGNATION (if applicable):  ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

**8.** OPTIONAL FILER REFERENCE DATA:

International Association of Commercial Administrator

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| | |
|---|---|
| **A. NAME & PHONE OF CONTACT AT FILER (optional)**<br>CSC 800-858-5294 | |
| **B. E-MAIL CONTACT AT FILER (optional)**<br>FILINGDEPT@CSCINFO.COM | |
| **C. SEND ACKNOWLEDGMENT TO:  (Name and Address)**<br><br>801 ADLAI STEVENSON DR [251231827]<br>SPRINGFIELD, IL 62703<br>US | |

Delaware Department of State
U.C.C. Filing Section
Filed: 03:10 PM 03/10/2023
U.C.C. Initial Filing No: 2023 1849214

Service Request No:  20230946801

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**1. DEBTOR'S NAME:** Provide only <u>one</u> Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| PIVOTAL ANALYTICS INC | | | | |
| **OR** 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS<br>150 NORTH RADNOR CHESTER ROAD SUITE F-200 | CITY<br>RADNOR | STATE<br>PA | POSTAL CODE<br>19087 | COUNTRY<br>US |

**2. DEBTOR'S NAME:** Provide only <u>one</u> Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| **OR** 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| DAVIS | CARL | | | |
| 2c. MAILING ADDRESS<br>3823 ISLA DEL SOL WAY | CITY<br>NAPLES | STATE<br>FL | POSTAL CODE<br>34114 | COUNTRY<br>US |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only <u>one</u> Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| RDM CAPITAL FUNDING, LLC | | | | |
| **OR** 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS<br>777 PASSAIC AVE STE 375 | CITY<br>CLIFTON | STATE<br>NJ | POSTAL CODE<br>07012 | COUNTRY<br>US |

**4. COLLATERAL:** This financing statement covers the following collateral:

Secured Party has purchased an interest in accounts and proceeds from Debtor, described as "Receipts" in the agreement between Debtor and Secured Party, and as a result, Secured Party has a security interest in such Receipts. "Receipts" means all accounts receivable and payment rights arising out of or relating to for Debtor's sale or delivery of goods and/or services due to Debtor after the date of the agreement, whether paid directly by Debtor's customers or paid by others on Debtor's customers' behalves or as reimbursements.  Debtor and Secured Party intend that the sale of Receipts is a sale and not an assignment for security.   Secured Party has been granted a security interest in: all accounts and proceeds.

| | |
|---|---|
| **5.** Check <u>only</u> if applicable and check <u>only</u> one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) | ☐ being administered by a Decedent's Personal Representative |
| **6a.** Check <u>only</u> if applicable and check <u>only</u> one box:<br>☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility | **6b.** Check <u>only</u> if applicable and check <u>only</u> one box:<br>☐ Agricultural Lien   ☐ Non-UCC Filing |
| **7.** ALTERNATIVE DESIGNATION (if applicable):   ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor | |
| **8.** OPTIONAL FILER REFERENCE DATA: | |

International Association of Commercial Administrator

## UCC FINANCING STATEMENT **AMENDMENT**

FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
| CSC 800-858-5294 |

| B. E-MAIL CONTACT AT FILER (optional) |
| **FILINGDEPT@CSCINFO.COM** |

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

    801 ADLAI STEVENSON DR [270648865]

    SPRINGFIELD, IL 62703

    US

**Delaware Department of State**
**U.C.C. Filing Section**
**Filed: 02:46 PM 12/05/2023**
**U.C.C. Initial Filing No: 2023 1849214**
**Amendment No: 2023 8221904**
**Service Request No:  20234138565**

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] |
| 20231849214 | (or recorded) in the REAL ESTATE RECORDS Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |

2. ☑ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes: **AND** Check one of these three boxes to:

This Change affects ☐ Debtor or ☐ Secured Party of record ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c ☐ ADD name: Complete item 7a or 7b, and item 7c ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. **CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| | 6a. ORGANIZATION'S NAME | | | |
| OR | | | | |
| | 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. **CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | 7a. ORGANIZATION'S NAME | | | |
| OR | | | | |
| | 7b. INDIVIDUAL'S SURNAME | | | |
| | INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

8. ☐ **COLLATERAL CHANGE:** Also check one of these four boxes. ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral

Indicate collateral:

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)

If this is an Amendment authorized by a **DEBTOR**, check here ☐ and provide name of authorizing Debtor

| | 9a. ORGANIZATION'S NAME | | | |
| | **RDM CAPITAL FUNDING, LLC** | | | |
| OR | 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:

International Association of Commercial Administrator

**FILING OFFICE COPY** — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
CSC 800-858-5294

B. E-MAIL CONTACT AT FILER (optional)
FILINGDEPT@CSCINFO.COM

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

801 ADLAI STEVENSON DR [266934964]
SPRINGFIELD, IL 62703
US

**Delaware Department of State**
**U.C.C. Filing Section**
**Filed: 10:50 PM 10/12/2023**
**U.C.C. Initial Filing No: 2023 7004194**

**Service Request No:   20233723001**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| PIVOTAL ANALYTICS INC. | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 3823 ISLA DEL SOL WAY | NAPLES | FL | 34114 | US |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):  Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| UDLR CAITAL - PA, LLC | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 3710 E. LOUISE DRIVE | PHOENIX | AZ | 85050 | US |

4. COLLATERAL: This financing statement covers the following collateral:
**All assets of Debtor, whether now owned or hereafter acquired, and all products and proceeds thereof.**

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

International Association of Commercial Administrator

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

| | |
|---|---|
| A. NAME & PHONE OF CONTACT AT SUBMITTER (optional) | |
| B. E-MAIL CONTACT AT SUBMITTER (optional) | |
| C. SEND ACKNOWLEDGMENT TO:  (Name and Address) | |

**National DOCUMENT**

141556s

300 W. Clarendon Ave., Suite 240 - Phoenix, AZ 85013

**Delaware Department of State**
**U.C.C. Filing Section**
**Filed: 12:06 PM 01/07/2025**
**U.C.C. Initial Filing No: 2023 7004194**
**Amendment No: 2025 0088507**
**Service Request No:   20250041901**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] |
|---|---|
| 2023 7004194          [DE - 10-12-2023] | (or recorded) in the REAL ESTATE RECORDS. Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13. |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Part(y)(ies) authorizing this Termination Statement

3. ☐ **ASSIGNMENT:**  Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9, check ASSIGN Collateral box in Item 8 and describe the affected collateral in item 8

4. ☐ **CONTINUATION:**  Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. PARTY INFORMATION CHANGE:

Check one of these two boxes.   **AND** Check one of these three boxes to:

This Change affects ☐ Debtor or ☑ Secured Party of record   ☑ CHANGE name and/or address:  Complete item 6a or 6b; and item 7a or 7b and item 7c   ☐ ADD name: Complete item 7a or 7b, and item 7c   ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION:  Complete for Party Information Change - provide only one name (6a or 6b)

| OR | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | UDLR CAITAL – PA, LLC | | | |
| | 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION:  Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| OR | 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | UDLR CAPITAL – PA, LLC | | | |
| | 7b. INDIVIDUAL'S SURNAME | | | |
| | | | | |
| | INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 3710 E. Louise Drive | Phoenix | AZ | 85050 | US |

8. COLLATERAL CHANGE:  Check only one box:   ☐ ADD collateral   ☐ DELETE collateral   ☐ RESTATE covered collateral   ☐ ASSIGN* collateral

Indicate collateral:   *Check ASSIGN COLLATERAL only if the assignee's power to amend the record is limited to certain collateral and describe the collateral in Section 8

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:  Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| OR | 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | UDLR CAITAL – PA, LLC (nka UDLR CAPITAL – PA, LLC) | | | |
| | 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:
File in Delaware

**FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 07/01/23)**

## UCC FINANCING STATEMENT **AMENDMENT**

FOLLOW INSTRUCTIONS

| | |
|---|---|
| **A. NAME & PHONE OF CONTACT AT SUBMITTER** (optional)<br>Quarles & Brady LLP | |
| **B. E-MAIL CONTACT AT SUBMITTER** (optional) | |
| **C. SEND ACKNOWLEDGMENT TO:** (Name and Address)<br><br>One Renaissance Square<br>Two North Central Avenue, Suite 600<br>Phoenix, AZ 85004-2322 | **Delaware Department of State**<br>**U.C.C. Filing Section**<br>**Filed: 03:08 PM 01/30/2025**<br>**U.C.C. Initial Filing No: 2023 7004194**<br>**Amendment No: 2025 0647229**<br>**Service Request No:  20250323714** |

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

---

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
20237004194

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Part(y)(ies) authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT:** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9; also check ASSIGN Collateral box in Item 8 and describe the affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5. PARTY INFORMATION CHANGE:**

Check one of these two boxes:   ·   **AND** Check one of these three boxes to:

This Change affects ☐ Debtor or ☑ Secured Party of record   ☑ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c   ☐ ADD name: Complete item 7a or 7b, and item 7c   ☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| | | | | |
|---|---|---|---|---|
| **6a. ORGANIZATION'S NAME**<br>UDLR CAITAL - PA, LLC | | | | |
| OR | **6b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | | | | |
|---|---|---|---|---|
| **7a. ORGANIZATION'S NAME**<br>UDLR CAPITAL, LLC | | | | |
| OR | **7b. INDIVIDUAL'S SURNAME** | | | |
| | INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| **7c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**8. COLLATERAL CHANGE:**   Check only one box:   ☐ ADD collateral   ☐ DELETE collateral   ☐ RESTATE covered collateral   ☐ ASSIGN* collateral

Indicate collateral:   *Check ASSIGN COLLATERAL only if the assignee's power to amend the record is limited to certain collateral and describe the collateral in Section 8

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| | | | | |
|---|---|---|---|---|
| **9a. ORGANIZATION'S NAME**<br>UDLR CAPITAL, LLC | | | | |
| OR | **9b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA:**
Record with the DE DOS (94134724v1)

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 07/01/23)

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)

B. E-MAIL CONTACT AT SUBMITTER (optional)

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

**SEE BELOW FOR SECURED PARTY CONTACT INFORMATION**

**Delaware Department of State**
**U.C.C. Filing Section**
**Filed: 02:05 PM 01/04/2024**
**U.C.C. Initial Filing No: 2024 0082931**

**Service Request No:   20240033964**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | Pivotal Analytics, Inc. | | | |
| | 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 3823 Isla Del Sol Way | Naples | FL | 34114 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | | | | |
| | 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| | 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | Founders First Capital Partners, Inc. | | | |
| | 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 9920 Pacific Heights Blvd Suite #400 | San Diego | CA | 92121 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

All assets of the Debtor including, but not limited to, any and all equipment, fixtures, inventory, accounts, chattel paper, documents, instruments, investment property, general intangibles, letter-of-credit rights and deposit accounts now owned and hereafter acquired by Debtor and located at or relating to the business operations.

5. Check only if applicable and check only one box:   Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

**FILING OFFICE COPY** — UCC FINANCING STATEMENT (Form UCC1) (Rev. 07/01/23)

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
CSC 800-858-5294

**B. E-MAIL CONTACT AT FILER (optional)**
FILINGDEPT@CSCINFO.COM

**C. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

801 ADLAI STEVENSON DR [280997999]

SPRINGFIELD, IL 62703

US

Delaware Department of State
U.C.C. Filing Section
Filed: 02:09 PM 04/17/2024
U.C.C. Initial Filing No: 2024 2560801

Service Request No:  20241491118

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| PIVOTAL ANALYTICS INC. | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 3823 ISLA DEL SOL WAY, | NAPLES | FL | 34114 | US |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):  Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| EFFICIENT CAPITAL LABS, INC. | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 205 W 54TH ST, APT 6E | NEW YORK | NY | 10019 | US |

**4. COLLATERAL:** This financing statement covers the following collateral:
Debtor has granted to Secured Party a continuing security interest in certain tangible and intangible personal property, intellectual property and related property pursuant to that certain Installment Business Loan Agreement between Debtor and Secured Party dated 15-Apr-2024 (ECL Loan # 240409064957).

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

**7.** ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**

International Association of Commercial Administrators

**FILING OFFICE COPY** — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)
UCCTEAM1@RASI.COM

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

REGISTERED AGENT SOLUTIONS, INC.

5301 SOUTHWEST PARKWAY

SUITE 400

AUSTIN, TX 78735

**Delaware Department of State**
**U.C.C. Filing Section**
**Filed: 05:45 PM 03/05/2025**
**U.C.C. Initial Filing No: 2025 1532222**

**Service Request No:  20250940329**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only <u>one</u> Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | PIVOTAL ANALYTICS INC. | | | |
| | 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 150 N RADNOR CHESTER ROAD, SUITE F200 | RADNOR | PA | 19087 | US |

**2. DEBTOR'S NAME:** Provide only <u>one</u> Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | | | | |
| | 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):  Provide only <u>one</u> Secured Party name (3a or 3b)

| | 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | PIVOTAL HEALTHCARE ANALYTICS INC. | | | |
| | 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 3823 ISLA DEL SOL WAY | NAPLES | FL | 34114 | US |

**4. COLLATERAL:** This financing statement covers the following collateral:
**See attached.**
**Collateral Description - please see attached**

5. Check <u>only</u> if applicable and check <u>only</u> one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions)          ☐ being administered by a Decedent's Personal Representative

| 6a. Check <u>only</u> if applicable and check <u>only</u> one box: | 6b. Check <u>only</u> if applicable and check <u>only</u> one box: |
|---|---|
| ☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien  ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable):  ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
FILE WITH DELAWARE SOS - S/P PIVOTAL HEALTHCARE ANALYTICS INC.

International Association of Commercial Administrators

**FILING OFFICE COPY** — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

(I)     ***Machinery, Equipment, Furniture, and Fixtures***. All machinery, equipment, furniture and fixtures now owned, or hereafter acquired, by the Debtor and used or acquired for use in its business, together with all accessions thereto and all substitutions and replacements thereof and parts therefor;

(II)     ***Accounts Receivable and Other Intangibles***. all of the Debtor's accounts, contract rights, instruments, documents, chattel paper, general intangibles (including, but not limited to, choses in action, tax refunds, and insurance proceeds); any other obligations or indebtedness owed to the Debtor from whatever source arising; all rights of the Debtor to receive any payments in money or in kind; all guaranties of the foregoing and security therefor; all the right, title, and interest of the Debtor in and with respect to the goods, services, or other property that gave rise to or that secure any of the foregoing and insurance policies and proceeds relating thereto; all rights of the Debtor as an unpaid seller of goods and services, including, but not limited to, the rights of stoppage in transit, replevin, reclamation, and resale; and all of the foregoing, whether or not now owned or hereafter created or acquired.

(III)     ***Inventory***. All goods, merchandise, and other personal property now owned or hereafter acquired by the Debtor that are held for sale or lease, or are furnished to or to be furnished under any contract of services or are raw materials, work-in-process, supplies, or materials used or consumed in the business, and all products thereof, and all substitutions, replacements, additions, or accessions therefor or thereto.

(IV)     ***Proceeds***. All cash and noncash proceeds of the foregoing, including, but not limited to, insurance proceeds, cash, checks, monies on deposit in any bank or banks, and accounts receivable; provided that this provision shall not be construed as a waiver of any restriction contained in this Agreement against alienating or encumbering the Collateral.

(V)     ***Intellectual Property; Contracts and Agreements; Documents and Similar Items***. All of Debtor's intellectual property and other intangible rights including, but not limited to, websites and website content; URL's; social networking and marketing content, links and rights; and all data regarding same used in connection with its business. Any and all contracts and agreements relating to its business to which Debtor is a party, expressly including any all rights to sell and service subscriptions, and the right to collect and retain application license fees otherwise payable to the Debtor. Any and all ledger sheets, files, records, documents, and instruments (including, but not limited to computer programs, tapes, disks, diskettes, solid-state drives, and related electronic processing software) evidencing an interest in or relating to any or all of the above.

# STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM

| A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON |
|---|
| WOLTERS KLUWER LIEN SOLUTIONS; 8003313282 |
| B. Email CTLSWEBACK@WOLTERSKLUWER.COM |
| C. SEND ACKNOWLEDGEMENT TO: |
| Name |
| Address |
| Address |
| City/State/Zip |

Florida Secured Transaction Registry

# FILED

2024 Jul 15 04:29 PM

********* 202401875474 *********

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

## 1. DEBTOR'S EXACT FULL LEGAL NAME - INSERT ONLY ONE DEBTOR NAME (1a OR 1b) - Do Not Abbreviate or Combine Names

| 1.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| PIVOTAL ANALYTICS INC. | | | |
| 1.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1.c MAILING ADDRESS Line One 3823 ISLA DEL SOL WAY | This space not available. | | |
| MAILING ADDRESS Line Two | CITY NAPLES | STATE FL | POSTAL CODE 341149484 | COUNTRY USA |

## 2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - INSERT ONLY ONE DEBTOR NAME (2a OR 2b) - Do Not Abbreviate or Combine Names

| 2.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2.c MAILING ADDRESS Line One | This space not available. | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |

## 3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE SECURED PARTY (3a OR 3b)

| 3.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| CELTIC BANK CORPORATION | | | |
| 3.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3.c MAILING ADDRESS Line One 268 S. STATE ST., STE 300 | This space not available. | | |
| MAILING ADDRESS Line Two | CITY SALT LAKE CITY | STATE UT | POSTAL CODE 84111 | COUNTRY USA |

## 4. This FINANCING STATEMENT covers the following collateral:

ALL INVENTORY, CHATTEL PAPER, ACCOUNTS, EQUIPMENT, AND GENERAL INTANGIBLES; WHETHER ANY OF THE FOREGOING IS OWNED NOW OR ACQUIRED LATER; ALL ACCESSIONS, ADDITIONS, REPLACEMENTS, AND SUBSTITUTIONS RELATING TO ANY OF THE FOREGOING; ALL RECORDS OF ANY KIND RELATING TO ANY OF THE FOREGOING; ALL PROCEEDS RELATING TO ANY OF THE FOREGOING (INCLUDING INSURANCE, GENERAL INTANGIBLES AND OTHER ACCOUNTS PROCEEDS)

## 5. ALTERNATE DESIGNATION (if applicable)

- [ ] LESSEE/LESSOR
- [ ] CONSIGNEE/CONSIGNOR
- [ ] BAILEE/BAILOR
- [ ] AG LIEN
- [ ] NON-UCC FILING
- [ ] SELLER/BUYER

## 6. Florida DOCUMENTARY STAMP TAX – YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX

- [ ] All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.
- [x] Florida Documentary Stamp Tax is not required.

## 7. OPTIONAL FILER REFERENCE DATA

99779780-69626352

STANDARD FORM - FORM UCC-1 (REV.05/2013)          Filing Office Copy          Approved by the Secretary of State, State of Florida

**STATE OF FLORIDA UNIFORM COMMERCIAL CODE**
**FINANCING STATEMENT FORM – ADDENDUM**

**8. NAME OF FIRST DEBTOR (1a OR 1b) ON RELATED FINANCING STATEMENT**

| 8a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| PIVOTAL ANALYTICS INC. | | | |

| 8b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**9. MISCELLANEOUS:**

**10.  ADDITIONAL DEBTOR'S** EXACT FULL LEGAL NAME - INSERT ONLY **ONE** DEBTOR NAME **(10a OR 10b)** - Do Not Abbreviate or Combine Names

| 10.a ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 10.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 10.c MAILING ADDRESS Line One | This space not available. | | | | |
| MAILING ADDRESS Line Two | CITY | | STATE | POSTAL CODE | COUNTRY |

**11.  ADDITIONAL SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P)** - INSERT ONLY **ONE** SECURED PARTY NAME **(11a OR 11b)**

| 11.a ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 11.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 11.c MAILING ADDRESS Line One | This space not available. | | | | |
| MAILING ADDRESS Line Two | CITY | | STATE | POSTAL CODE | COUNTRY |

**12.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**13.** Description of real estate:

**14.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**15.** Additional collateral description:

**16.** Check only if applicable and check only one box.

Collateral is ☐ Held in Trust
☐ Being administered by Decedent's Personal Representative

**17.** Check only if applicable and check only one box.

☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction – effective 30 years

**STANDARD FORM - FORM UCC-1 ADDENDUM (REV.05/2013)**     **Filing Office Copy**     **Approved by the Secretary of State, State of Florida**

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**Pennsylvania Department of State**

**-FILED-**

File #: 20240105003572
Date Filed: 1/4/2024

| A. NAME & PHONE OF CONTACT AT SUBMITTER (optional) |
| --- |

| B. E-MAIL CONTACT AT SUBMITTER (optional) |
| --- |
| CSC OF#1383580-1  ORGUF-254970 |

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

CSC
Account# 00095
cscpa@cscglobal.com

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

PA DEPT OF STATE

JAN 04 2024

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME:  Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
| Pivotal Analytics, Inc. | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 3823 Isla Del Sol Way | Naples | FL | 34114 | USA |

2. DEBTOR'S NAME:  Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
| | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):  Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
| Founders First Capital Partners, Inc. | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 9920 Pacific Heights Blvd Suite #400 | San Diego | CA | 92121 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

All assets of the Debtor including, but not limited to, any and all equipment, fixtures, inventory, accounts, chattel paper, documents, instruments, investment property, general intangibles, letter-of-credit rights and deposit accounts now owned and hereafter acquired by Debtor and located at or relating to the business operations.

| 5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) | ☐ being administered by a Decedent's Personal Representative |
| --- | --- |
| 6a. Check only if applicable and check only one box:  ☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility | 6b. Check only if applicable and check only one box:  ☐ Agricultural Lien  ☐ Non-UCC Filing |
| 7. ALTERNATIVE DESIGNATION (if applicable):  ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor | |

8. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 07/01/23)




20250305041382



**COMMONWEALTH OF PENNSYLVANIA**
*Department of State*
*Bureau of Corporations and Charitable Organizations*
PO Box 8721
Harrisburg, Pennsylvania 17105-8721
**UCC1 FINANCING STATEMENT**
Fee: $84

| Pennsylvania Department of State |
| --- |
| **-FILED-** |
| File #: 20250305041382 |
| Date Filed: 3/5/2025 |

**Submitter contact information**

| | |
| --- | --- |
| Contact Name | Jennifer Duffy, Esq. |
| Phone Number | (239) 325-1850 |
| Email Address | jduffy@dallagolaw.com |

**Submitter information**

| | |
| --- | --- |
| Name | DAL LAGO LAW |
| Address | 999 VANDERBILT BEACH RD. SUITE 200 NAPLES, FL 34108 |

**Debtors**

| DEBTOR'S NAME | MAILING ADDRESS |
| --- | --- |
| PIVOTAL ANALYTICS INC. | 150 N RADNOR CHESTER ROAD, SUITE F200 RADNOR, PA 19087 |

**Secured Parties**

| SECURED PARTY'S NAME | MAILING ADDRESS | Assignor |
| --- | --- | --- |
| PIVOTAL HEALTHCARE ANALYTICS INC. | 3823 ISLA DEL SOL WAY NAPLES, FL 34114 | ☐ |

**Collateral**

Collateral uploaded in an attachment. Do not upload a UCC form.

**Designations**

| | |
| --- | --- |
| Select the designation which describes this financing statement | Not Applicable |
| Select an additional designation which describes this financing statement | Not Applicable |

**Alternative Designations**

| | |
| --- | --- |
| Select the alternative designation which describes this financing statement | Not Applicable |

| | |
| --- | --- |
| Optional Submitter Reference Data | FILE WITH PA SOS - S/P PIVOTAL HEALTHCARE ANALYTICS INC. |

B0796-2190 03/05/2025 6:07 PM Received by Pennsylvania Department of State

B0796-2191 03/05/2025 6:07 PM Received by Pennsylvania Department of State

(I)     ***Machinery, Equipment, Furniture, and Fixtures***. All machinery, equipment, furniture and fixtures now owned, or hereafter acquired, by the Debtor and used or acquired for use in its business, together with all accessions thereto and all substitutions and replacements thereof and parts therefor;

(II)    ***Accounts Receivable and Other Intangibles***. all of the Debtor's accounts, contract rights, instruments, documents, chattel paper, general intangibles (including, but not limited to, choses in action, tax refunds, and insurance proceeds); any other obligations or indebtedness owed to the Debtor from whatever source arising; all rights of the Debtor to receive any payments in money or in kind; all guaranties of the foregoing and security therefor; all the right, title, and interest of the Debtor in and with respect to the goods, services, or other property that gave rise to or that secure any of the foregoing and insurance policies and proceeds relating thereto; all rights of the Debtor as an unpaid seller of goods and services, including, but not limited to, the rights of stoppage in transit, replevin, reclamation, and resale; and all of the foregoing, whether or not now owned or hereafter created or acquired.

(III)   ***Inventory***. All goods, merchandise, and other personal property now owned or hereafter acquired by the Debtor that are held for sale or lease, or are furnished to or to be furnished under any contract of services or are raw materials, work-in-process, supplies, or materials used or consumed in the business, and all products thereof, and all substitutions, replacements, additions, or accessions therefor or thereto.

(IV)    ***Proceeds***. All cash and noncash proceeds of the foregoing, including, but not limited to, insurance proceeds, cash, checks, monies on deposit in any bank or banks, and accounts receivable; provided that this provision shall not be construed as a waiver of any restriction contained in this Agreement against alienating or encumbering the Collateral.

(V)     ***Intellectual Property; Contracts and Agreements; Documents and Similar Items***. All of Debtor's intellectual property and other intangible rights including, but not limited to, websites and website content; URL's; social networking and marketing content, links and rights; and all data regarding same used in connection with its business. Any and all contracts and agreements relating to its business to which Debtor is a party, expressly including any all rights to sell and service subscriptions, and the right to collect and retain application license fees otherwise payable to the Debtor. Any and all ledger sheets, files, records, documents, and instruments (including, but not limited to computer programs, tapes, disks, diskettes, solid-state drives, and related electronic processing software) evidencing an interest in or relating to any or all of the above.

**Fill in this information to identify the case:**

Debtor _____ Pivotal Analytics Inc.

United States Bankruptcy Court for the: _____ Middle District of Florida _____

Case number _____
(If known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Ascensus Inc.
200 Dryden Road
Dresher, PA 19025

As of the petition filing date, the claim is: $ 12,295.36     $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Last 4 digits of account
number   _____

Basis for the claim:
Contributions to employee benefits

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 5 )

**2.2** Priority creditor's name and mailing address
Atul Kushwaha
250 South Whiting Street, APT 616
Alexandria, VA 22304

As of the petition filing date, the claim is: $ 1,333.33     $ 1,333.33
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Last 4 digits of account
number   _____

Basis for the claim:
Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

**2.3** Priority creditor's name and mailing address
Blake Seitz
609 Dry Bridge Road
Charlottesville, VA 22903

As of the petition filing date, the claim is: $ 2,166.67     $ 2,166.67
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Last 4 digits of account
number   _____

Basis for the claim:
Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

| Debtor | Pivotal Analytics Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2.4** Priority creditor's name and mailing address
Brian Michels
3603 Laurel Bay Loop
Round Rock, TX 78681

$1,833.33     $1,833.33

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

**Basis for the claim:**
Wages, Salaries, Commissions

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.5** Priority creditor's name and mailing address
Fady Barmada
4214 Oakridge Lane
Chevy Chase, MD 20815

$50,000.00     $17,150.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

**Basis for the claim:**
Wages, Salaries, Commissions

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.6** Priority creditor's name and mailing address
Henry Mendez
485 West Meadow Parkway
Moravian Falls, NC 28654

$1,854.00     $1,854.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

**Basis for the claim:**
Wages, Salaries, Commissions

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.7** Priority creditor's name and mailing address
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

$6,689.93     $6,689.93

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

**Basis for the claim:**
Taxes & Other Government Units

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

---

Debtor  Pivotal Analytics Inc.
_____    Case number (if known) _____
        Name

| Part 1. | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |

**2.8  Priority creditor's name and mailing address**
Jeffrey Chromulak
64 Center Dr.
Monessen, PA 15062-2406

$ 1,842.55          $ 1,842.55

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number**      _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**
☑ No
☐ Yes

---

**2.9  Priority creditor's name and mailing address**
Justin Schroeder
21 West Goethe Street #805
Chicago, IL 60610

$ 1,500.00          $ 1,500.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number**      _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**
☑ No
☐ Yes

---

**2.10  Priority creditor's name and mailing address**
Justina Heavin
241 Jade Street
Rock Springs, WY 82901

$ 888.89          $ 888.89

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number**      _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**
☑ No
☐ Yes

---

**2.11  Priority creditor's name and mailing address**
Maggie Clark
203 Ayrlee Ave NW
Leesburg, VA 20176-2106

$ 1,430.55          $ 1,430.55

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number**      _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**
☑ No
☐ Yes

---

Debtor   Pivotal Analytics Inc.
_____    Case number (if known)_____
         Name

| Part 1. | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**          **Priority amount**

**2.12**  **Priority creditor's name and mailing address**
Paul Somers
116 Lexington Dr
McMurray, PA 15317-3623

$ 1,373.33          $ 1,373.33

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Wages, Salaries, Commissions

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.13**  **Priority creditor's name and mailing address**
Seyram Acolatse
9440 Fens Hollow
Laurel, MD 20723

$ 1,222.22          $ 1,222.22

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Wages, Salaries, Commissions

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.14**  **Priority creditor's name and mailing address**
Urban Hohman
9521 Downing Pl.
North Huntingdon, PA 15642-5617

$ 1,602.22          $ 1,602.22

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Wages, Salaries, Commissions

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.___**  **Priority creditor's name and mailing address**

$ _____          $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

Debtor    Pivotal Analytics Inc.
_____    Case number (if known)_____
          Name

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
American Express
P.O. Box 6031
Carol Stream, IL 60197-6031

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Credit Card Debt

$ 63,134.00

Date or dates debt was incurred   12/01/2016
Last 4 digits of account number   2006

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
American Hospital Directory, Inc.
166 Thierman Lane
Louisville, KY 40207

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services

$ 24,990.00

Date or dates debt was incurred
Last 4 digits of account number   5119

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
Clarivate PLC
789 E Eisenhower Parkway
Ann Arbor, MI 48108

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**

$ 7,500.00

Date or dates debt was incurred   02/01/2025
Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
Data Ideology, LLC
511 Foxwood Dr
Mars, PA 16046

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services

$ 12,000.00

Date or dates debt was incurred   11/15/2023
Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
Diane DiCarlo
1320 Barclay Hill
Charlottesville, VA 22901

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services

$ 4,500.00

Date or dates debt was incurred   12/31/2024
Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
Environmental Systems Research Institute, Inc.
380 New York Street
Redlands, CA 92373

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Suppliers or Vendors

$ 12,000.00

Date or dates debt was incurred   09/01/2024
Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  Pivotal Analytics Inc.
_____
Name

Case number (if known)_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.7** Nonpriority creditor's name and mailing address

Independence Blue Cross
Lockbox 3092
PO Box 8500
Philadelphia, PA 19178

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 21,954.97

---

**3.8** Nonpriority creditor's name and mailing address

JPMorgan Chase Bank, N.A.
Mail Code LA4-7100
700 Kanses Lane
Monroe, LA 71203

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  5152

$ 114,375.09

---

**3.9** Nonpriority creditor's name and mailing address

KeyNet Technologies Inc.
313 W Liberty Ave, Ste 233
Lancaster, PA 17603

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  07/01/2017

Last 4 digits of account number  _____

$ 51,379.09

---

**3.10** Nonpriority creditor's name and mailing address

LexisNexis Risk Solutions
1000 Alderman Drive
Alpharetta, GA 30005

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 225,000.00

---

**3.11** Nonpriority creditor's name and mailing address

Lightbox
6 Armstrong Road
4th Floor
Shelton, CT 06484

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 21,645.00

---

Debtor   Pivotal Analytics Inc.
_____
         Name

Case number *(if known)*_____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.**__12__ **Nonpriority creditor's name and mailing address**

Managed Markets Insight & Technology, LLC
1040 Stony Hill Road
Yardley, PA 19067

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 16,000.00

**Date or dates debt was incurred**   11/01/2023

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**__13__ **Nonpriority creditor's name and mailing address**

NYC Health & Hospitals
50 Water Street
New York, NJ 10004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 30,500.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**__14__ **Nonpriority creditor's name and mailing address**

OnDeck Capital, Inc.
4700 W. Daybreak Pkwy.
Suite 200
South Jordan, UT 84009

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Unsecured Loan Repayments

$ 169,095.25

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**__15__ **Nonpriority creditor's name and mailing address**

PurpleLab, Inc.
600 Lee Road
Wayne, PA 19087

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**__16__ **Nonpriority creditor's name and mailing address**

ReadyCap Lending, LLC d/b/a Ready Capital
200 Connell Drive, Suite 400
Berkeley Heights, NJ 07922

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** SBA Micro Loan

$ 48,097.69

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 6101

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Pivotal Analytics Inc. _____    Case number (if known) _____
        Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.17** | **Nonpriority creditor's name and mailing address**

Silicon Valley Bank
3003 Tasman Dr.
Santa Clara, CA 95054

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 2,594.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    1922

---

**3.18** | **Nonpriority creditor's name and mailing address**

Synergy Staffing, Inc.
1081 Green Tree Road
Pittsburgh, PA 15220

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 56,003.56

Date or dates debt was incurred    11/01/2023

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.19** | **Nonpriority creditor's name and mailing address**

The Advisory Board
PO Box 84019
Chicago, IL 60689-4019

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 18,035.30

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.20** | **Nonpriority creditor's name and mailing address**

Trigent Software Inc
2 Willow St, Suite 201
Southborough, MA 01745

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Services

$ 22,736.00

Date or dates debt was incurred    10/01/2022

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.21** | **Nonpriority creditor's name and mailing address**

Unacast, Inc.
8 Tremont St.
Cos Cob, CT 06807

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Services

$ 120,000.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| Debtor | Pivotal Analytics Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 3:    List Others to Be Notified About Unsecured Claims

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | American Express ADR<br>c/o CT Corporation System<br>28 Liberty Street<br>New York, NY, 10005 | Line 3.1<br>☐ Not listed. Explain: | 2006 |
| 4.2. | LexisNexis Risk Solutions<br>c/o Shook, Hardy & Bacon, LLP<br>P.O. Box 843223<br>Kansas City, MO, 64184 | Line 3.10<br>☐ Not listed. Explain | _____ |
| 4.3. | Readycap Commercial, LLC<br>c/o Corporation Service Company<br>1201 Hays Street<br>Tallahassee, FL, 32301 | Line 3.16<br>☐ Not listed. Explain | _____ |
| 4.4. | Unacast, Inc.<br>c/o Shawn P. McClure, Esq.<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA, 15219 | Line 3.21<br>☐ Not listed. Explain | _____ |
| 41. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

Debtor    Pivotal Analytics Inc.
_____    Case number *(if known)*_____
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|   |   |   | Total of claim amounts |
|---|---|---|------------------------|
| 5a.  **Total claims from Part 1** | 5a. |  | $ 86,032.38 |
| 5b.  **Total claims from Part 2** | 5b. | **+** | $ 1,041,539.95 |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. |  | $ 1,127,572.33 |

**Fill in this information to identify the case:**

Debtor name ___Pivotal Analytics Inc.___

United States Bankruptcy Court for the: ___Middle District of Florida___

Case number (If known): _____    Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
--- | ---
**2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Independent Contractor Agent<br><br><br><br> | Dawid Paluszkiewicz<br>ul.  yczliwa 8/15<br>80-176 Gda sk<br>POLAND
**2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | License Agreement Lessee<br><br><br><br> | Pivotal Healthcare Analytics, Inc.<br>3823 Isla Del Sol Way<br>Naples, FL, 34114
**2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Employment Contract Agent<br><br><br><br> | Carl Davis<br>3823 Isla Del Sol Way<br>Naples, FL, 34114
**2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Employment Contract Agent<br><br><br><br> | Fady Barmada<br>4214 Oakridge Lane<br>Chevy Chase, MD, 20815
**2.5** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name  Pivotal Analytics Inc.

United States Bankruptcy Court for the:  Middle District of Florida

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 Carl J. Davis | 3823 Isla Del Sol Way Naples, FL 34114 | Efficient Capital Labs Inc | ☑ D ☐ E/F ☐ G |
| 2.2 Carl J. Davis | 3823 Isla Del Sol Way Naples, FL 34114 | OnDeck Capital, Inc. | ☐ D ☑ E/F ☐ G |
| 2.3 Carl J. Davis | 3823 Isla Del Sol Way Naples, FL 34114 | ReadyCap Lending, LLC ( | ☐ D ☑ E/F ☐ G |
| 2.4 Carl J. Davis | 3823 Isla Del Sol Way Naples, FL 34114 | Founders First Capital Pa | ☑ D ☐ E/F ☐ G |
| 2.5 Carl J. Davis | 3823 Isla Del Sol Way Naples, FL 34114 | JPMorgan Chase Bank, N | ☐ D ☑ E/F ☐ G |
| 2.6 Carl J. Davis | 3823 Isla Del Sol Way Naples, FL 34114 | Celtic Bank Corporation | ☑ D ☐ E/F ☐ G |

Debtor    Pivotal Analytics Inc.
_____
       Name

Case number *(if known)*_____

| | **Additional Page if Debtor Has More Codebtors** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2._7_ Carl J. Davis | 3823 Isla Del Sol Way<br>Naples, FL 34114 | American Express | ☐ D<br>☑ E/F<br>☐ G |
| 2._8_ Hamm Equities | 3825 Isla Del Sol Way<br>Naples, FL 34114 | UDLR Capital, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.___ | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name ___Pivotal Analytics Inc.___

United States Bankruptcy Court for the: ___Middle District of Florida___

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. **Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ Amended *Schedule* ____

- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___04/04/2025___          ✖ /s/ Carl J. Davis _____
              MM / DD / YYYY                 Signature of individual signing on behalf of debtor

                                    Carl J. Davis _____
                                    Printed name

                                    CEO _____
                                    Position or relationship to debtor